**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7792**

DERRICK MICHAEL ALLEN, SR.,

Plaintiff - Appellant,

v.

BROOKS, PIERCE, MCLENDON, HUMPHREY AND LEONARD LLP; KEARNS DAVIS, Attorney,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:20-cv-00978-TDS-LPA)

Submitted:  April 27, 2021                    Decided:  May 3, 2021

Before KEENAN, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Derrick Michael Allen, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Michael Allen, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing under 28 U.S.C. § 1915(e)(2)(B) Allen's complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we deny Allen's motion for a transcript at government expense and affirm for the reasons stated by the district court. *Allen v. Brooks, Pierce, McLendon, Humphrey & Leonard LLP*, No. 1:20-cv-00978-TDS-LPA (M.D.N.C. Nov. 20, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*